# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAY CHEN,                           )

                                   )

      Plaintiff,                )

                                     )

      v.                         )       Civil Action No. 1:26-cv-01355 (UNA)

                                     )

BLACK PERPETRATORS          )

                                     )

      Defendant.            )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's Application for Leave to Proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the Complaint, ECF No. 1, and this case, are **DISMISSED**, *see* 28 U.S.C. § 1915(e)(2)(B)(i).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: June 12, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge